**MONSTER CABLE PRODUCTS, INC., Plaintiff–Appellant,**

v.

**The QUEST GROUP (doing business as Audioquest), Defendant–Cross Appellant.**

Nos. 06–1111, 06–1112.

United States Court of Appeals, Federal Circuit.

Dec. 13, 2006.

Ian N. Feinberg, Michael A. Molano, Donald M. Falk, Joshua M. Masur, Mayer

Brown Rowe & Maw LLP, Palo Alto, CA, for Plaintiff–Appellant.

Christopher T. Holland, Lori L. Behun, Krieg Keller Sloan Reilleyn & Roman, San Franciso, CA, for Defendant–Cross Appellant.

Before GAJARSA, Circuit Judge, PLAGER, Senior Circuit Judge, and MOORE, Circuit Judge.

PLAGER, Senior Circuit Judge.

On the basis of District Judge Patel's thorough claim construction, *Monster Cable Prods., Inc. v. The Quest Group*, No. 04–0005 (N.D.Cal. Mar. 18, 2005), and her comprehensive analysis of the infringement issues, both literal and under the doctrine of equivalents, *Monster Cable Prods., Inc. v. The Quest Group*, No. 04–0005, 2005 WL 1875466 (N.D.Cal. Aug.8, 2005), and after considering the parties' briefs and arguments, we *affirm* the appealed judgment of the district court in all respects. In addition, we *affirm* the district court's rulings on the issues raised in the cross-appeal.